David Jacobson, a Minor, by Florence M. Jacobson, his Mother and Next Friend, and Florence M. Jacobson, Appellants, v. Central Illinois Electric & Gas Company, Appellee.

Gen. No. 10,935.   (Abstract of Decision.)

Second District.

June 23, 1956.

Released for publication July 11, 1956.

Russell J. Goldman, for appellants; Harold Stern, of counsel; Hyer, Gill & Brown for defendant-appellee; Robert C. Gill, of counsel. Opinion by JUSTICE EOVALDI. Not to be published in full.